Submitted May 19—decided June 6, 1978

THE CONNECTICUT FOUNDRY COMPANY *v.* INTERNATIONAL LADIES GARMENT WORKERS UNION, AFL-CIO, ET AL.

The plaintiff's motion to dismiss the appeal from the Superior Court in Hartford County is denied by the court.

*Robert K. Beck,* for the appellee (plaintiff).

*Norman Zolot,* for the appellant (named defendant).

Argued June 6—decided June 6, 1978

The defendants' "Motion for Expedited Appeal" from the Superior Court in Hartford County is granted by the court.

*Norman Zolot,* in support of the motion.